# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 29, 2024

## NO. 03-22-00696-CV

**Circle F Investments, LP and Original DFI, LLC, Appellants**

**v.**

**New Braunfels Stewardship Properties, LLC, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
### BEFORE JUSTICES BAKER, TRIANA AND SMITH
### DISMISSED FOR WANT OF JURISDICTION IN PART; AFFIRMED IN PART -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on August 2, 2022. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal in part. Therefore, the Court dismisses for want of jurisdiction the portions of this appeal related to the issue of possession and otherwise affirms the trial court's final judgment and its order releasing funds. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.